UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAIM SARWAR,

                              Plaintiff,

-v-

VILINUIS INC.

                              Defendant.

20 Civ. 9447 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On November 11, 2020, plaintiff filed the complaint. Dkt. 1. On December 2, 2020, plaintiff served the defendant with process. Dkt. 8. The defendant has not responded to the complaint or otherwise appeared in this action. On June 2, 2021, the Court issued an Order to Show Cause, prompting plaintiff to move for a default judgment by June 16, 2021 or risk dismissal of the case. Dkt. 10. On June 3, 2021, the plaintiff obtained a Clerk's Certificate of Default. Dkt. 13. On June 8, 2021, plaintiff filed a motion for default judgment against the defendant. Dkt. 14.

      Plaintiff's papers in support of its motion are not in compliance with the Court's Individual Rules. Plaintiff is directed to refile the motion and required accompanying supporting papers in compliance with the Court's Individual Rules by June 16, 2021. Failure to submit a timely and proper motion for default judgment will result in dismissal of this case under Rule 41.

      Plaintiffs are to serve this order on the defendant forthwith and file proof of this service no later than June 14, 2021.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: June 9, 2021
       New York, New York