UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SAIM SARWAR,

                           Plaintiff,

           -v-

VILINUIS INC.

                          Defendant.

20 Civ. 9447 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 11, 2020, plaintiff filed the complaint. Dkt. 1. On December 2, 2020, plaintiff served the defendant with process. Dkt. 8. The defendant has not responded to the complaint or otherwise appeared in this action. On June 2, 2021, the Court issued an Order to Show Cause, prompting plaintiff to move for a default judgment by June 16, 2021 or risk dismissal of the case. Dkt. 10. On June 3, 2021, plaintiff obtained a Clerk's Certificate of Default. Dkt. 13. On June 8, 2021, plaintiff filed a motion for default judgment against the defendant. Dkt. 14. On June 9, 2021, the Court found that the plaintiff's motion and supporting papers were not in compliance with the Court's Individual Rules, and directed plaintiff to refile. Dkt. 15. On June 10, 2021, plaintiff refiled their motion for default judgment. Dkt. 16. Plaintiff's papers in support of their motion are in good order. If the corporate defendant wishes to oppose the motion, its counsel shall enter a notice of appearance prior to July 10, 2021, and file an opposition on ECF, explaining why a default judgment is not warranted, by July 10, 2021.

Plaintiff is to serve the Court's June 2, 2021 Order to Show Cause, Dkt. 10, this order, and the papers in support of plaintiff's motion for a default judgment on defendant forthwith and file proof of this service no later than June 16, 2021.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: June 10, 2021
       New York, New York