```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SAIM SARWAR,                                             :
                                                         :
                        Plaintiff,                       :
                                                         :                    ORDER
        -against-                                        :
                                                         :            20-CV-9447 (PAE)(KNF)
VILINUIS INC.,                                           :
                                                         :
                        Defendant.                       :
---------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

This case has been referred to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against the defendant.

Accordingly, IT IS HEREBY ORDERED that, on or before August 4, 2021, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of his damages. The plaintiff must serve these documents and a copy of this order on the defendant, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before August 25, 2021, the defendant shall prepare and file any opposing memoranda, affidavits, and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

Dated:  New York, New York                    SO ORDERED:
        July 14, 2021

                                              _____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE